Rodríguez *v*. El Registrador de la Propiedad.

Recurso gubernativo contra nota del Registrador de la Propiedad de Mayagüez.

No. 11.—Resuelto en junio 27, 1907.

Contribuciones—Redención de la Propiedad Vendida en Pública Subasta.—
Las disposiciones de la ley de marzo 14, 1907, que enmendaron las del artículo 348 del Código Político, en el sentido de extender á 180 días el plazo de 90 que dicho artículo concedía para redimir la finca ó inmueble vendido para el pago de contribuciones· no pueden tener efecto retroactivo y ser aplicables á

un caso en que la venta del inmueble hubiera tenido lugar antes de empezar á regir dicha ley, pues de lo contrario, se privaría al comprador de los derechos adquiridos al amparo de la antigua legislación.

Los hechos están expresados en la opinión.

El Juez Presidente Sr. Quiñones, emitió la opinión del tribunal.

*Visto* el presente recurso gubernativo interpuesto por Don Manuel Rodríguez Cabrero, contra nota del Registrador de la Propiedad de Mayagüez, denegatoria de extender la nota de consumación de venta de una finca rústica.

*Resultando:* que expedido en 16 de enero último á favor de Don Manuel Rodríguez Cabrero un certificado de compra de una finca rústica compuesta de 400 cuerdas de terreno, que había sido embargada y subastada por el colector de rentas de Las Marías á Don Emilio Gómez para el cobro de contribuciones atrasadas, é inscrito dicho certificado en el registro de la propiedad y presentado nuevamente en el mismo registro el certificado de compra-venta para la nota de consumación de la misma, por haber expirado el término de los 90 días concedidos por el artículo 348 del Código Político para la redención, sin que se hubiere verificado, la denegó el registrador por el motivo que expresa la nota puesta al pie de dicho documento, la que copiada á la letra dice así:

"No admitida la extensión de la nota de consumación de la venta comprendida en el precedente documento, por no haber vencido el plazo de ciento ochenta días, fijados por la ley de la Asamblea Legislativa aprobada en catorce de marzo último, para redimir las fincas rematadas en el procedimiento de apremio para el cobro de las contribuciones vencidas y no satisfechas, habiéndose extendido en su lugar nota preventiva por ciento veinte días de esta fecha al margen de la inscripción décima de la finca número 52 triplicado, al folio 102 del tomo 19 de Las Marías, en cuya nota se ha hecho constar que Don Alberto Bravo, en su carácter de alcalde de esta ciudad y en representación de su ayuntamiento, ha depositado en esta oficina la suma de mil trescientos setenta dollars ($1,370), en unión de varios documentos para redimir la finca comprendida en el precedente certificado, de conformidad con la referida ley.—Mayagüez, P. R., mayo 11 de 1907."

*Resultando:* que contra esta nota ha interpuesto en tiempo el abogado Don José de Guzmán Benítez, á nombre de Don Manuel Rodríguez Cabrero, el presente recurso gubernativo para que se revoque, y se ordene al registrador ponga la nota de consumación de pleno dominio á favor del recurrente en los libros del registro de la propiedad y en relación á la finca de que se trata.

*Considerando:* que habiendo quedado irrevocable la venta hecha á Don Manuel Rodríguez Cabrero de los terrenos embargados á Don Emilio Gómez para el pago de contribuciones atrasadas por haber transcurrido los 90 días que fijaba el artículo 348 del Código Político y como término para verificar la redención sin haberla verificado los interesados, por cuyo motivo se inscribió á su favor el certificado de venta en el registro de la propiedad, le asiste hoy perfecto derecho para pedir se ponga en el registro la nota correspondiente de haber quedado consumada la venta á tenor de lo que disponía el artículo 351 del Código Político, sin que puedan impedirlo las prescripciones de la sección 12 de la Ley aprobada en 14 de marzo último, por la que se enmendó el artículo 348 del citado Código Político y por la que se amplía hasta 180 días el plazo de 90 que fijaba el citado artículo 348 para redimir la finca ó inmueble vendido, á contar desde la fecha del certificado de venta, toda vez que dicha ley no puede tener efecto retroactivo para privar á Don Manuel Rodríguez Cabrero de sus derechos adquiridos bajo el amparo de una ley anterior, conforme con los principios universales que rigen en la materia y que han sido reconocidos por el artículo 3º. del vigente Código Civil.

*Vistas* las disposiciones legales citadas.

*Se revoca* la nota denegatoria puesta por el Registrador de la Propiedad de Mayagüez al dorso del certificado de venta de que se trata y se le ordena que ponga la nota de consumación de pleno dominio á favor del recurrente en los libros del

registro de la propiedad á su cargo y devuélvasele el documento presentado con copia certificada de la presente resolución, á los fines procedentes.

*Revocada.*

Jueces concurrentes: Sres. Hernández, Figueras, Mac-Leary y Wolf.